JOHN J. MAVREDAKIS (State Bar No. 66738)
LAW OFFICES OF JOHN J. MAVREDAKIS
350 E Street, Suite 220
Santa Rosa, CA  95404
Telephone:  (707) 523-4400
Facsimile:  (707) 523-4419
Email:       mavredakis@aol.com

Attorneys for Plaintiffs
RALPH and PATRICIA SCHABER


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:       mbarnes@sonnenschein.com
             smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH SCHABER and PATRICIA SCHABER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　Defendants. | No.  C06 6007 JSW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:  Early Neutral Evaluation.

The parties agree to hold the ADR session by:  June 1, 2007.

| | | |
|---|---|---|
| 1 | Dated: February 5, 2007 | LAW OFFICES OF JOHN J. MAVREDAKIS |

By      /s/     .
John J. Mavredakis

Attorneys for Plaintiffs RALPH SCHABER and PATRICIA SCHABER

Dated: February 5, 2007         SONNENSCHEIN NATH & ROSENTHAL LLP

By      /s/     .
Sonia Martin

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Date: February 5, 2007            _____
                                   Jeffrey S. White
                                   United States District Judge

27257048