IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH SCHABER and PATRICIA SCHABER,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 06-06007 JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This matter came before the Court for a further case management conference on Friday, February 23, 2007. On September 28, 2006, this Court issued an Order setting the February 23, 2007 date for the case management conference, which requires parties and/or their lead counsel to appear. That Order also requires submission of a case management statement seven days before the case management conference. Counsel for Plaintiff failed to appear for that case management conference.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by March 5, 2007 shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: February 26, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE