| | |
|---|---|
| 1 | JOHN J. MAVREDAKIS (State Bar No. 66738) |
| | LAW OFFICES OF JOHN J. MAVREDAKIS |
| 2 | 350 E Street, Suite 220 |
| | Santa Rosa, CA 95404 |
| 3 | Telephone: (707) 523-4400 |
| | Facsimile: (707) 523-4419 |
| 4 | Email: mavredakis@aol.com |
| 5 | Attorneys for Plaintiffs |
| | RALPH and PATRICIA SCHABER |
| 6 | |
| 7 | MICHAEL BARNES (State Bar No. 121314) |
| | SONIA MARTIN (State Bar No. 191148) |
| 8 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| | 525 Market Street, 26th Floor |
| 9 | San Francisco, CA 94105 |
| | Telephone: (415) 882-5000 |
| 10 | Facsimile: (415) 882-0300 |
| | Email: mbarnes@sonnenschein.com |
| 11 | smartin@sonnenschein.com |
| 12 | Attorneys for Defendant |
| | ALLSTATE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH SCHABER and PATRICIA SCHABER, | No. C06-06007 JSW |
| Plaintiffs, | STIPULATION RE REFERRAL TO MAGISTRATE EDWARD M. CHEN AND ORDER THEREON |
| vs. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, at the February 23, 2007 Case Management Conference, the Court directed the parties to consider stipulating to refer this matter to a magistrate judge for all purposes;

CASE NO. C06-06007 JSW                    STIPULATION RE REFERRAL TO MAGISTRATE

1     WHEREAS the parties have conferred regarding whether they would be agreeable to
2 refer this matter for all purposes to a magistrate judge; and
3     WHEREAS Allstate is agreeable to trial by a magistrate judge, provided that the parties
4 may jointly select said trial judge, and plaintiffs have no objection to that approach;
5     IT IS HEREBY STIPULATED that the parties agree to submit this matter to Magistrate
6 Judge Edward M. Chen for all purposes.

7 Dated: March 1, 2007                Respectfully submitted,

LAW OFFICES OF JOHN J. MAVREDAKIS

By _____
    John J. Mavredakis

Attorneys for Plaintiffs
RALPH SCHABER and PATRICIA SCHABER

Dated: March 1, 2007               SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
    Sonia Martin

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: March 2, 2007               _____
    Honorable Jeffrey S. White
    U.S. District Court Judge

27261547

Furthermore, the Court, having received Plaintiff's declaration, HEREBY DISCHARGES the Order to Show Cause.

CASE NO. C06-06007 JSW                STIPULATION RE REFERRAL TO MAGISTRATE

PAGE 3/3 * RCVD AT 3/1/2007 1:25:39 PM [Central Standard Time] * SVR:CHI2KRF01/20 * DNIS:4781 * CSID:707 523 4419 * DURATION (mm-ss):00-32