JOHN J. MAVREDAKIS (State Bar No. 66738)
LAW OFFICES OF JOHN J. MAVREDAKIS
350 E Street, Suite 220
Santa Rosa, CA 95404
Telephone: (707) 523-4400
Facsimile: (707) 523-4419
Email: mavredakis@aol.com

Attorneys for Plaintiffs
RALPH SCHABER and PATRICIA SCHABER

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: mbarnes@sonnenschein.com
       smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH SCHABER and PATRICIA SCHABER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No. C06 6007 EMC<br><br>STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM EARLY NEUTRAL EVALUATION PROGRAM AND CONTINUING FURTHER CASE MANAGEMENT CONFERENCE |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, this action has been assigned to the Early Neutral Evaluation ("ENE") Program;

WHEREAS, the parties have scheduled a private mediation before Vivien Williamson on July 16, 2007, which was one of the first dates on which Ms. Williamson was available;

- 1 -

      WHEREAS, in light of the parties' agreement to attend private mediation, they do not believe an ENE would be productive;

      WHEREAS, in a conference call with ENE designate Charles Fainsworth on April 12, 2007, the parties and Mr. Fainsworth agreed that the ENE would serve little purpose if a private mediation was being conducted;

      WHEREAS, the Court scheduled a Further Case Management Conference to take place on June 13, 2007, a date by which the parties originally anticipated they would have completed ENE or mediation;

      IT IS HEREBY STIPULATED AND AGREED that this action should be removed from the ENE Program.

      IT IS FURTHER STIPULATED AND AGREED that the Further Case Management Conference, currently scheduled to take place on June 13, 2007, should be moved to a date after the July 16, 2007 mediation. Specifically, the parties propose the Further Case Management Conference be continued to July 25, 2007. at 2:30 p.m. Joint Statement due July 18, 2007.

Dated: May 6, 2007

LAW OFFICES OF JOHN J. MAVREDAKIS

By _____
John Mavredakis

Attorneys for Plaintiffs
RICHARD SCHABER and PATRICIA SCHABER

Dated: May 8, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
Sonia Martin

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

No. C06 6007 EMC