```
1   JOHN J. MAVREDAKIS (State Bar No. 66738)
    LAW OFFICES OF JOHN J. MAVREDAKIS
2   350 E Street, Suite 220
    Santa Rosa, CA  95404
3   Telephone:    (707) 523-4400
    Facsimile:    (707) 523-4419
4   Email: mavredakis@aol.com

5   Attorneys for Plaintiff
    RALPH SCHABER and PATRICIA SCHABER
6
    MICHAEL BARNES (State Bar No. 121314)
7   SONIA MARTIN (State Bar No. 191148)
    SONNENSCHEIN NATH & ROSENTHAL LLP
8   525 Market Street, 26th Floor
    San Francisco, CA  94105
9   Telephone: (415) 882-5000
    Facsimile: (415) 882-0300
10  Email: mbarnes@sonnenschein.com
            smartin@sonnenschein.com
11
    Attorneys for Defendant
12  ALLSTATE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH SCHABER and PATRICIA SCHABER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No.  C06-06007 EMC<br><br>STIPULATION AND [P~~ROPOS~~ED] ORDER RE SUMMARY JUDGMENT BRIEFING SCHEDULE AND DISCOVERY DEADLINES |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, at the March 21, 2007 Case Management Conference, the Court directed the parties to stipulate to a proposed briefing schedule concerning their cross-motions for summary judgment;

CASE NO. C06-06007 EMC                    - 1 -                    STIP. AND [PROP.] ORDER RE MSJ
                                                                   SCHEDULE AND DISCOVERY DEADLINES

1  WHEREAS, the Court also stated it would extend the discovery deadlines in this case to
2  enable the parties to tailor their discovery efforts to address only those issues remaining in
3  dispute after the Court rules on their cross-motions for summary judgment;

4  IT IS HEREBY STIPULATED AND AGREED that plaintiffs shall file their motion for
5  summary judgment on September 26, 2007, Allstate shall file its combined opposition and cross-
6  motion for summary judgment on October 10, 2007, plaintiffs shall file their combined reply and
7  opposition on October 24, 2007, and Allstate shall file its sur-reply on October 31, 2007.

8  IT IS FURTHER STIPULATED AND AGREED that the following discovery deadlines
9  should be continued as follows:

| | |
|---|---|
| Expert disclosures due: | December 14, 2007 |
| Non-expert discovery cut-off: | January 4, 2007 |
| Expert discovery cut-off: | January 18, 2007 |

IT IS SO STIPULATED.

Dated: September 21, 2007          Respectfully submitted,

LAW OFFICES OF JOHN J. MAVREDAKIS


By _____/s/_____
John J. Mavredakis

Attorneys for Plaintiffs
RALPH SCHABER and PATRICIA SCHABER

Dated: September 21, 2007          SONNENSCHEIN NATH & ROSENTHAL LLP


By _____/s/_____
Sonia Martin

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

1
2        IT IS SO ORDERED.
3
         DATED:  9/27/07
4                                          _____
5                                          Edward
                                           United States Magistrate Judge
6
7    27277470

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28