1   JOHN J. MAVREDAKIS (State Bar No. 66738)
    LAW OFFICES OF JOHN J. MAVREDAKIS
2   350 E Street, Suite 220
    Santa Rosa, CA  95404
3   Telephone:    (707) 523-4400
    Facsimile:    (707) 523-4419
4   Email: mavredakis@aol.com

5   Attorneys for Plaintiff
    RALPH SCHABER and PATRICIA SCHABER
6
    MICHAEL BARNES (State Bar No. 121314)
7   SONIA MARTIN (State Bar No. 191148)
    SONNENSCHEIN NATH & ROSENTHAL LLP
8   525 Market Street, 26th Floor
    San Francisco, CA  94105
9   Telephone: (415) 882-5000
    Facsimile: (415) 882-0300
10  Email: mbarnes@sonnenschein.com
            smartin@sonnenschein.com
11
    Attorneys for Defendant
12  ALLSTATE INSURANCE COMPANY

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16
    RALPH SCHABER and            No.  C06-06007 EMC
17  PATRICIA SCHABER,
                                 STIPULATION AND [PROPOSED]   AMENDED
18              Plaintiffs,      ORDER RE SUMMARY JUDGMENT
                                 BRIEFING SCHEDULE AND
19       vs.                     DISCOVERY DEADLINES

20  ALLSTATE INSURANCE
    COMPANY,
21
                Defendant.
22

23

24       The parties, by and through their respective counsel of record, hereby stipulate and agree

25  as follows and respectfully request that the Court approve and give effect to their stipulation:

26       WHEREAS, at the March 21, 2007 Case Management Conference, the Court directed

27  the parties to stipulate to a proposed briefing schedule concerning their cross-motions for

28  summary judgment;

1    WHEREAS, the Court also stated it would extend the discovery deadlines in this case to

2    enable the parties to tailor their discovery efforts to address only those issues remaining in

3    dispute after the Court rules on their cross-motions for summary judgment;

4    IT IS HEREBY STIPULATED AND AGREED that plaintiffs shall file their motion for

5    summary judgment on September 26, 2007, Allstate shall file its combined opposition and cross-

6    motion for summary judgment on October 10, 2007, plaintiffs shall file their combined reply and

7    opposition on October 24, 2007, and Allstate shall file its sur-reply on October 31, 2007.   MSJ Hearing
     set for 11/14
8    IT IS FURTHER STIPULATED AND AGREED that the following discovery deadlines   at 10:30

9    should be continued as follows:

10                   Expert disclosures due:                December 14, 2007

11                   Non-expert discovery cut-off:          January 4, 2007

12                   Expert discovery cut-off:              January 18, 2007

13            IT IS SO STIPULATED.

14    Dated: September 21, 2007          Respectfully submitted,

15                                       LAW OFFICES OF JOHN J. MAVREDAKIS

16

17                                       By _____ /s/ _____

18                                              John J. Mavredakis

19                                       Attorneys for Plaintiffs
20                                       RALPH SCHABER and PATRICIA SCHABER

21    Dated: September 21, 2007          SONNENSCHEIN NATH & ROSENTHAL LLP

22

23                                       By _____ /s/ _____

24                                              Sonia Martin

25                                       Attorneys for Defendant
26                                       ALLSTATE INSURANCE COMPANY

27

28

1

2          IT IS SO ORDERED.

3

4          DATED:  9/27/07

5                                                            Edward
                                                            United States Magistrate Judge

6

7          27277470

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28