```
JOHN J. MAVREDAKIS (State Bar No. 66738)
LAW OFFICES OF JOHN J. MAVREDAKIS
350 E Street, Suite 220
Santa Rosa, CA  95404
Telephone:     (707) 523-4400
Facsimile:      (707) 523-4419
Email: mavredakis@aol.com

Attorneys for Plaintiff
RALPH SCHABER and PATRICIA SCHABER

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
Email: mbarnes@sonnenschein.com
            smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH SCHABER and PATRICIA SCHABER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No.  C06-06007 EMC<br><br>STIPULATION AND [P~~ROPOSED~~]<br>ORDER RE DISCOVERY DEADLINES |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, on September 27, 2007, the Court approved the following deadlines:

    Expert disclosures due:    December 14, 2007

    Non-expert discovery cut-off:    January 4, 2008

1         Expert discovery cut-off:        January 18, 2008

2     WHEREAS, the parties originally stipulated to the above dates with the expectation that

3 they would obtain rulings on their cross-motions for summary judgment before engaging in

4 expert discovery, which would enable them to tailor their discovery efforts to address only those

5 issues remaining in dispute after the Court ruling;

6     WHEREAS, the Court has not issued a ruling on the parties' cross-motions for summary

7 judgment and the Court's website indicates that the Court will not be in session through

8 December 12, 2007;

9     WHEREAS, on November 28, 2007, plaintiffs served supplemental Rule 26(a)

10 disclosures identifying Susan Marchant Angel, Joy Schaber, Douglas Godfrey and Yolonda

11 Godfrey as additional individuals likely to have discoverable information;

12     WHEREAS, Allstate is unable to depose these individuals before the non-expert

13 discovery deadline due to its counsel's commitments in other cases;

14     WHEREAS, a continuance of the deadlines for expert disclosure, non-expert discovery

15 and expert discovery will not affect any other case management dates set by the Court;

16     IT IS HEREBY STIPULATED AND AGREED that the expert disclosure deadline

17 should be continued until December 28, 2007;

18     IT IS FURTHER STIPULATED AND AGREED that the expert discovery cut-off should

19 be continued until February 1, 2008; and

20     IT IS FURTHER STIPULATED AND AGREED that the non-expert discovery deadline

21 should be continued to February 1, 2008.

22

23

24

25

26

27

28

IT IS SO STIPULATED.

Dated: December 11, 2007          Respectfully submitted,

LAW OFFICES OF JOHN J. MAVREDAKIS


By _____/s/ John J. Mavredakis_____
John J. Mavredakis

Attorneys for Plaintiffs
RALPH SCHABER and PATRICIA SCHABER

Dated: December 11, 2007          SONNENSCHEIN NATH & ROSENTHAL LLP


By _____/s/ Sonia Martin_____
Sonia Martin

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY


IT IS SO ORDERED.

Dated:  December 13, 2007

_____
Edward M. Chen
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

27284441