| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| RALPH SCHABER, *et al.*, | No. C-06-6007 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PRETRIAL FILINGS AND EXHIBITS** |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |
| _____/ | |

In its case management conference order, the Court instructed the parties to file initial pretrial filings by February 1, 2008, and then, ten days later, to file oppositions and/or objections to the initial pretrial filings. The Court also ordered the parties to lodge their exhibits by February 1.

As of the date below, Plaintiffs have failed to lodge any exhibits as required by the Court's order. In addition, Plaintiffs have failed to file any opposition to Defendant's motions in limine or any objections to Defendant's exhibits. Court staff has called Plaintiffs' counsel three times regarding this failure but the Court's calls have not been returned.

In light of this failure and the upcoming pretrial conference on February 20, 2008, the Court hereby orders Plaintiffs to lodge their exhibits (two sets, premarked and tabbed) and to file any opposition and/or objection to Defendant's pretrial filings by **4:00 p.m., February 15, 2008**. Should Plaintiffs fail to comply with this order, then the Court shall, at a minimum, (1) bar Plaintiffs from introducing any of their exhibits; (2) grant each of Defendant's motions in limine; and (3) admit each of Defendant's exhibits at trial as evidence. The Court also warns Plaintiffs that, if they

continue not to comply with the deadlines set by this Court, the Court may impose additional sanctions, including dismissal for failure to prosecute.

IT IS SO ORDERED.

Dated: February 14, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge